# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JESSICA BOURGEOIS** | **CIVIL ACTION** |
| **VERSUS** | **NO:  12-2268** |
| **MATRANA'S PRODUCE, INC.** | **UNITED STATES MAGISTRATE JUDGE KAREN WELLS ROBY** |

## ORDER OF DISMISSAL

This matter is before the undersigned United States Magistrate Judge upon consent of the parties pursuant to Title 28 U.S.C. § 636(c).  The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a settlement and compromise, and that they need only execute releases and deliver funds in accordance with their agreement.

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if it is not consummated.  With the consent of the parties, the court retains jurisdiction over the settlement agreement for enforcement purposes.

**IT IS FURTHER ORDERED** that the parties are to retrieve all trial binders submitted to the undersigned no later than **Friday, September 13, 2013**, otherwise they will be discarded.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 5th day of September, 2013

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**