UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JESSICA BOURGEOIS,** | * | CIVIL ACTION NO.: 2:12-cv-02268 |
| | * | |
| Plaintiff | * | JUDGE: Helen G. Berrigan |
| | * | |
| versus | * | MAGISTRATE: Karen Wells Roby |
| | * | |
| **MATRANA'S PRODUCE, INC.,** | * | |
| | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Joint Motion for Final Dismissal,

**IT IS HEREBY ORDERED** that the above-captioned matter be, and the same is hereby dismissed, with prejudice, with each party to bear its own costs.

New Orleans, Louisiana this   21st   day of   November  , 2013.

_____
United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JESSICA BOURGEOIS, | * | CIVIL ACTION NO.: 2:12-cv-02268 |
| | * | |
| Plaintiff | * | JUDGE: Helen G. Berrigan |
| | * | |
| versus | * | MAGISTRATE: Karen Wells Roby |
| | * | |
| MATRANA'S PRODUCE, INC., | * | |
| | * | |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * * *

**GRANTED**

## JOINT MOTION FOR FINAL DISMISSAL

**NOW INTO COURT,** through undersigned counsel, come Plaintiff, Jessica Bourgeois, and Defendant, Matrana's Produce, Inc., who, with respect represent that the settlement is completed and respectfully request that the claims set forth in the Complaint are fully and finally dismissed with prejudice, each party to bear its own costs.

Respectfully submitted,

/s/ Ravi K. Sangisetty
Ravi K. Sangisetty (La. #30709)
**SANGISETTY & SAMUELS, L.L.C**
935 Gravier Street, Suite 1150
New Orleans, LA 70112
Telephone: (504) 558-9478
Facsimile: (504) 558-9482
Email: rks@sangisettylaw.com

*Attorney for Plaintiff,*
*Jessica Bourgeois*

/s/ Laurie Briggs Young
Laurie Briggs Young, T.A. (La.#18478)
Michelle D. Craig, (La.#28004)
**ADAMS AND REESE LLP**
4500 One Shell Square
New Orleans, LA 70139
Telephone:    (504) 581.3234
Facsimile:    (504) 566.0210
E-mail: laurie.young@arlaw.com
E-mail: michelle.craig@arlaw.com

*Attorneys for Defendant,*
*Matrana's Produce, Inc.*